IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:12cr6DCB-FKB

CARLOS ALBERTO DELGADO-CASTANEDA

## AMENDED ORDER GRANTING CONTINUANCE

THIS CAUSE having come before this Court pursuant to Defendant's Motion for Continuance of Trial, unopposed, and the Court having considered said motion, finds that for the reasons stated in said motion it is well taken and is hereby granted, and that the period of delay shall be excluded in computing the time within which the trial of this matter shall commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

Having duly considered the factors articulated in Title 18, Section 3161(h)(7)(B) to determine the appropriateness of a continuance, the Court finds that given the need of the parties for additional time to prepare the case effectively, pursuant to Title 18, Section 3161(h)(7)(A) of the United States Code, the ends of justice outweigh the best interests of the public and the defendant in a speedy trial in this cause and are best served by granting the requested continuance and that the failure to grant such continuance would deny counsel the reasonable time necessary for effective preparation of the case.

The Court further finds that the defendant has specifically waived any speedy trial objections heretofore arising or which may arise as a result of this requested continuance under the Speedy Trial Act or the Constitution in the case at bar and specifically moves for a

continuance for the reasons described above.

IT IS THEREFORE ORDERED that this matter be continued and reset to January 14, 2013, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

SO ORDERED this the ___26th___ day of September, 2012.

    ___s/ David Bramlette_____
    UNITED STATES DISTRICT JUDGE

AGREED:

*/s/ Wayne Milner*_____
Wayne Milner
Attorney for Defendant

s/ *Patrick A. Lemon*_____
Patrick A. Lemon
Assistant United States Attorney